IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03007-BNB

RONALD DEL RAINE,

      Applicant,

v.

WARDEN C. DANIELS, and
UNITED STATES PAROLE COMMISSION,

      Respondents.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2010

GREGORY C. LANGHAM
              CLERK

---

ORDER TO FILE PRELIMINARY RESPONSE

---

      Applicant, Ronald Del Raine, is a prisoner in the custody of the United States

Bureau of Prisons at the United States Penitentiary in Florence, Colorado.  Mr. Del

Raine filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §

2241 and a supporting document titled "Habeas Corpus Action Under 28 U.S.C. § 2241

Administrative Procedure Act 5 U.S.C. § 705."  He has paid the $5.00 filing fee for a

habeas corpus action.

      As part of the preliminary consideration of the Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241 in this case, the Court has determined that a

limited Preliminary Response is appropriate.  Respondent is directed pursuant to

***Redmon v. Wiley***, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules

Governing Section 2254 Cases in the United States District Courts, to file a Preliminary

Response limited to addressing the affirmative defense of exhaustion of administrative

remedies.  Rule 1(b) of the Section 2254 Rules applies the rules to 28 U.S.C. § 2241

habeas corpus actions.  If Respondent does not intend to raise this affirmative defense,

Respondent must notify the Court of that decision in the Preliminary Response.

Respondent may not file a dispositive motion as a Preliminary Response, or an Answer,

or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits

copies of any administrative grievances Mr. Del Raine has filed raising the issues

asserted in the Application, as well as any responses to those grievances.  Mr. Del

Raine may reply to the Preliminary Response and provide any information that might be

relevant to his efforts to exhaust administrative remedies.  Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order**

Respondent shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one days of the filing of the**

**Preliminary Response** Mr. Del Raine may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative

defense of exhaustion of administrative remedies, Respondent must notify the Court of

that decision in the Preliminary Response.

DATED February 10, 2010, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-03007-BNB

Ronald Del Raine
Reg No. 85461-132
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226-7000

Warden C. Daniels
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Parole Commission **- CERTIFIED**
5550 Friendship Boulevard
Suite 420
Chevy Chase, MD 20815-7286

United States Attorney General  **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Chris Snysvoll for service of process on Warden C.
Daniels; to the United States Parole Commission; The United States Attorney General; and
to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS
FILED 12/29/09 (DOCUMENT #2) and APPLICATION FOR WRIT OF HABEAS CORPUS
FILED 12/29/09 (DOCUMENT #3) on 2|10|10  .

                                    GREGORY C. LANGHAM, CLERK

                              By _____
                                          Deputy Clerk